```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND


MALIBU MEDIA, LLC                *
                                 *
                                 *
                                 *
v.                               *
                                 *    Civil Action No. WMN-13-3428
                                 *
JOHN DOE, subscriber assigned    *
IP address 76.100.204.27         *
                                 *
  *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

### Ex Parte Notice of Identity and Current Address

I, (full name) _____, am identified as the Doe Defendant in the above-captioned matter. I hereby advise the Clerk of Court that my current address and telephone number are as follows:

_____

_____

Pursuant to the Court's Order, I understand that this information will be docketed as an ex parte submission so that only court personnel, and not Plaintiff, will be able to view this information.

_____          _____
Date                             Signature