## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 1:13-cv-03428-WMN** |
| **v.** | * | |
| **JOHN DOE subscriber assigned IP address 76.100.204.27,** | * | |
| | * | |
| **Defendant.** | | |

### MOTION FOR RELEASE OF EX-PARTE FILING AND
### FOR EXTENSION OF TIME TO FILE RESPONSES
### PENDING RELEASE OF DOCUMENTS

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order directing the Clerk to release copies of Defendant's ex-parte filings and extending the time within which Plaintiff may file its responses to the filings, and states:

1.      This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address.  Defendant's true identity is known by their internet service provider ("ISP").

2.      On November 19, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Corporation, to obtain the Defendant's identifying information [CM/ECF 6].  Plaintiff issued the subpoena on or about November 19, 2013, and expected to receive a response by January 7, 2014.

3.      On or about January 13, 2014, undersigned contacted the ISP regarding the overdue response.  The ISP advised that they were unable to comply with the subpoena because Defendant filed a motion with the Court which prevents the ISP from disclosing Defendant's information.  The Court docket for this case does not show any filings made by Defendant.

1

4.      The same day, Plaintiff contacted the clerk to inquire about the filing and was informed that the Defendant did file the motion, but it was filed as an ex-parte motion, which explains why undersigned was unable to see Defendant's filing on the docket.

5.      To date, Plaintiff has not received a courtesy copy of the Defendant's filing.  As such, Plaintiff is unable to determine what the filing consists of and therefore cannot file an appropriate response.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order (i) requiring the Clerk to release a copy of the Defendant's ex-parte filing to Plaintiff, and (ii) extending the time within which Plaintiff may respond to the filing until at least fourteen (14) days after the filing is released to Plaintiff.  A proposed order is attached for the Court's convenience.

Dated:  January 21, 2014

Respectfully submitted,

MALIBU MEDIA, LLC
PLAINTIFF

By:  /s/*Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
Counsel
Maddox, Hoppe, Hoofnagle &
        Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:      /s/ *Paul J. Nicoletti*

2