**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                  Civil Action No. 1:13-cv-03428-WMN

JOHN DOE, subscriber assigned IP address
76.100.204.27,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 76.100.204.27. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: January 23, 2014

                                                Respectfully submitted,

                                                By:    /s/ *Jon A. Hoppe*
                                                Jon A. Hoppe, Esquire
                                                jhoppe@mhhhlawfirm.com
                                                MADDOX, HOPPE, HOOFNAGLE &
                                                HAFEY, L.L.C.
                                                1401 Mercantile Lane #105
                                                Largo, Maryland 20774
                                                Phone: 301-341-2580
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ Jon A. Hoppe
                Jon A. Hoppe