# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Civil Action No. 1:13-cv-03428-WMN

JOHN DOE, subscriber assigned IP address 76.100.204.27,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 76.100.204.27. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 23, 2014

Respectfully submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire
jhoppe@mhhhlawfirm.com
MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
Phone: 301-341-2580
*Attorney for Plaintiff*

"APPROVED" THIS 28th DAY OF January, 2014
_____
SENIOR UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe
Jon A. Hoppe